IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

    Plaintiff,

  v.

Sergeant ADAM, Nurse BANTA, Dr. QUAN, Dr. FRIEDMAN, Dr. H. AUNG, Warden G. E. HARRIS, Dr. W. JACKSON, Dr. GREWAL, Dr. FRIEDERICHS, Dr. KRISHNA, and SSA ALLISON BRAGER, all at the Correctional Training Facility; Dr. PAPPENFUS, Dr. YEN, Nurse RODRIGUEZ, and Warden M. POWERS, all at Avenal State Prison,

    Defendants.

        No. C 05-2541 WHA (PR)

        **ORDER OF DISMISSAL**

The is a civil rights case filed pro se by a state prisoner. In the initial review order most of plaintiff's claims were dismissed or dismissed with leave to amend, although the Court noted that one claim, against defendant Adam, was sufficient to proceed. Plaintiff has amended.

In the order dismissing the original complaint with leave to amend plaintiff was warned that the amended complaint would completely replace the original one, and that as a result he should include all claims he wished to pursue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). The amended complaint makes no mention of Adam, so plaintiff has abandoned that claim. *See id.* (defendants not named in amended complaint are no longer defendants).

As to his other claims, in the amended complaint plaintiff has provided no coherent allegations remedying the deficiencies identified in the dismissal with leave to amend, nor has he presented any cognizable new claims. The amended complaint is mostly exhibits, from

1  which plaintiff apparently expect the Court to deduce claims.  That is not the Court's job;

2  instead, it is plaintiff's job to "proffer "enough facts to state a claim for relief that is

3  plausible on its face."  *See Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1986-87

4  (2007) (citations omitted).  This he has not done.

5      This case is **DISMISSED** for failure to state a claim..[1]  All pending motions are **DENIED**

6  as moot.  The clerk shall close the file.

7      **IT IS SO ORDERED.**

9  Dated: August   12  , 2007.

                                       WILLIAM ALSUP
10                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\PRO-SE\WHA\CR.05\SMITH, R541.DSM.wpd

---

[1] This dismissal is a strike within the meaning of 28 U.S.C. § 1915(g).

2