IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Sergeant ADAM, Nurse BANTA, Dr. QUAN, Dr. FRIEDMAN, Dr. H. AUNG, Warden G. E. HARRIS, Dr. W. JACKSON, Dr. GREWAL, Dr. FRIEDERICHS, Dr. KRISHNA, and SSA ALLISON BRAGER, all at the Correctional Training Facility; Dr. PAPPENFUS, Dr. YEN, Nurse RODRIGUEZ, and Warden M. POWERS, all at Avenal State Prison,<br><br>　　　　Defendants. | No. C 05-2541 WHA (PR)<br><br>**DENIAL OF PETITIONER'S MOTION TO RECONSIDER AND MOTION FOR EVIDENTIARY HEARING** |

The is a civil rights case filed pro se by a state prisoner. In the initial review order most of plaintiff's claims were dismissed or dismissed with leave to amend, although the Court noted that one claim, against defendant Adam, was sufficient to proceed. Petitioner amended. In his amended complaint he dropped his claim against Adam and presented no coherent new claims. The amended complaint therefore was dismissed without further leave to amend and the case closed. Plaintiff has appealed.

Before he filed his notice of appeal, plaintiff filed a document headed "Petitioner's Motion to Oppose Dismissal" which may be a motion to reconsider. It presents no

1 comprehensible basis for vacating the dismissal except plaintiff's unsupported contention that
2 he should have been given another opportunity to remedy the deficiencies. Because he already
3 had one opportunity and completely failed to take it, and because there is no reason to believe
4 from the filings plaintiff has made in this case that he would cure the deficiencies if given
5 another chance to do so, the motion (document number 25 on the docket) is **DENIED**.

6     Plaintiff's motion for an evidentiary hearing (document number 24), filed before the
7 motion the reconsider and probably before he had received the dismissal, is **DENIED** as moot.
8 The clerk shall forward a copy of this order to the United States Court of Appeals for the Ninth
9 Circuit.

10     **IT IS SO ORDERED.**

12 Dated: December __30__, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28 G:\PRO-SE\WHA\CR.05\SMITH, R541.REC.wpd