IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>Sergeant ADAM, Nurse BANTA, Dr. QUAN, Dr. FRIEDMAN, Dr. H. AUNG, Warden G. E. HARRIS, Dr. W. JACKSON, Dr. GREWAL, Dr. FRIEDERICHS, Dr. KRISHNA, and SSA ALLISON BRAGER, all at the Correctional Training Facility; Dr. PAPPENFUS, Dr. YEN, Nurse RODRIGUEZ, and Warden M. POWERS, all at Avenal State Prison,<br><br>   Defendants. | No. C 05-2541 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a California prisoner. The clerk sent him copies of the order of service and the letter spreading the mandate of the Court of Appeals to the prison address where he last indicated that he was located. On May 10 and May 12, 2011, respectively, these documents were returned as undeliverable with notations that plaintiff is not located there and has been discharged from custody. Plaintiff has not notified the clerk of any change of address. More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: July  14 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.05\SMITHR2541.311.DSM.wpd